■ In the Matter of WILLIAM T. GRYGIEL, JR., Deceased. DAVID GRYGIEL, et al., Appellants; DANIEL L. MICHEL, Respondent. (Appeal No. 2.) [784 NYS2d 433]—Appeal from an order of the Surrogate's Court, Onondaga County (Peter N. Wells, S.), entered March 4, 2003. The order denied the petition for limited letters of administration.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously reversed on the law without costs, the petition is granted and the matter is remitted to Surrogate's Court, Onondaga County, to issue limited letters of administration.

Same memorandum as in *Matter of Michel* (12 AD3d 1189 [2004]). Present—Pigott, Jr., P.J., Pine, Scudder, Kehoe and Lawton, JJ.

■ JUNE ANDERSON, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 98730.) [784 NYS2d 433]—Appeal from a judgment of the Court of Claims (Nicholas V. Midey, Jr., J.), entered October 24, 2003. The judgment was entered upon an order granting claimant's motion for summary judgment on the issue of liability in a personal injury action.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at the Court of Claims. Present—Pigott, Jr., P.J., Pine, Scudder, Kehoe and Lawton, JJ.